IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-493-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TROYVON DEVONTAE CARROLL, ) | |
| ) | |
| Defendant. ) | |

On July 12, 2021, defendant filed a motion to clarify appeal status [D.E. 66]. On April 23, 2021, defendant appealed to the United States Court of Appeals for the Fourth Circuit [D.E. 58], and the appeal remains pending. Defendant may contact his attorney of record for further information.

SO ORDERED. This 17 day of August 2021.

JAMES C. DEVER III
United States District Judge